# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

ROSALIND A. CLAYTON, )
 )
    Plaintiff, )
 )
v. ) No. 4:17-CV-2928 JCH
 )
MEGAN J. BRENNAN, et al., )
 )
    Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On December 27, 2017, the Court directed plaintiff to submit a copy of her EEOC right-to-sue letter within twenty-one days. The Court stated that if plaintiff failed to comply with the Order, her case would be dismissed. *See* ECF No. 5 (citing *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000) ("In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter.").

Plaintiff has not filed her right-to-sue letter as directed, and the time for doing so has passed. For this reason, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff's complaint against defendants is **DISMISSED without prejudice**.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this   25   day of January, 2018.

                            \s\ Jean C. Hamilton
                            JEAN C. HAMILTON
                            UNITED STATES DISTRICT JUDGE